UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FERNANDO LUNA,

    Plaintiff,

v.                                          Case No.  6:12-cv-870-Orl-36TBS

GREGORY LARKIN, and UNIVERSITY OF
CENTRAL FLORIDA BOARD OF
TRUSTEES,

    Defendants.
_____

## ORDER

This case comes before the Court on Defendants' Motion to Strike Plaintiff's Response to Defendants' Motion for Rule 11 Sanctions (Doc. 61), and Motion to Strike Plaintiff's Supplemental Memorandum of Law (Doc. 62). Both motions ask the Court to strike Plaintiff's papers on the ground that they were filed in violation of Local Rule 3.01. Plaintiff has not filed a response to either motion and the time within to do so has expired. The Court infers from Plaintiff's failure to respond that he does not oppose the motions. Both motions are due to be granted.

    Local Rule 3.01 provides in part that:

> (b)    Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document of not more than twenty (20) pages.
>
> (c)    No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave.

On November 14, 2012, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 50).  Plaintiff's response to the motion was filed on January 7, 2013 (Doc. 51), and re-filed on January 8, 2013.[1]  On March 4, 2013, without having requested or received leave of Court, Plaintiff filed Plaintiff's Supplemental Memorandum of Law in Response to the Defendants' Motion to Dismiss (Doc. 55).  Because Plaintiff's supplemental memorandum was filed without leave of Court, Plaintiff violated Local Rule 3.01.  Therefore, Defendants' motion is GRANTED and Plaintiff's Supplemental Memorandum of Law in Response to the Defendants' Motion to Dismiss (Doc. 55) is STRICKEN.

On Marcy 5, 2013, Defendants filed their Motion for Sanctions under Rule 11 and Incorporated Memorandum of Law (Doc. 57).  Seven days later, Plaintiff filed his Plaintiff's Response to the Defendants' Motion for an Order of this Court Requiring Plaintiff and his Counsel to Pay the Defendants and their Attorney their Fees and Costs (Doc. 59).  The next day, without having sought or received leave of Court, Plaintiff filed his Plaintiff's Response to Defendant's [sic] Motion for a Rule 11 Sanction against the Plaintiff and his Attorney (Doc. 60).  Because Plaintiff's response was filed without leave of Court, Plaintiff violated Local Rule 3.01.  Therefore, Defendants' motion is GRANTED and Plaintiff's Response to Defendant's Motion for a Rule 11 Sanction against the Plaintiff and his Attorney (Doc. 60) is STRICKEN.

IT IS SO ORDERED.

---

[1] The motion was originally filed using the wrong code, it was correctly filed the next day.

DONE AND ORDERED in Orlando, Florida, on May 8, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel